IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| VIKAS CHUG,<br><br>    Plaintiff,<br><br>v.<br><br>MARY ELIZABETH BRENNAN SENG,<br>Director, USCIS Texas Service Center, *et al.*,<br><br>    Defendants. | No. 1:24-cv-2027 (RDA/IDD) |

**ORDER**

This matter comes before the Court on the parties' joint motion to stay proceedings for sixty (60) days, until June 20, 2025. Upon consideration of the motion, and for good cause shown, it is hereby:

ORDERED that the parties' motion is GRANTED; and it is further

ORDERED that the instant action is STAYED until June 20, 2025.

Dated: April 23, 2025

/s/ *signature*
United States District Judge
EDVA